07 CV 2970

JUDGE KAPLAN

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!
Petitioners,

and

LINENS OF EUROPE, INC.
LINENS OF EUROPE NEW YORK, INC.
AND S DURAN L, as a single employer,
Respondent.



RECEIVED
APR 13 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the <u>Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE!</u> certifies that other than UNITE Fund Administrators, Inc., the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! has no corporate parents, subsidiaries or affiliates.

_____April 10, 2007_____      _____[signature]_____
              Date                       Mark Schwartz, Esq. MS-0148