UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In the Matter of<br>ARBITRATION OF DISPUTES<br><br>between<br><br>LAUNDRY, DRY CLEANING WORKERS AND ALLIED<br>INDUSTRIES HEALTH FUND, UNITE HERE!<br>LAUNDRY, DRY CLEANING WORKERS AND ALLIED<br>INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>                                            Petitioners,<br><br>and<br><br>LINENS OF EUROPE, INC.<br>LINENS OF EUROPE NEW YORK, INC.<br>AND S DURAN L, as a single employer,<br>                                            Respondent. | **AFFIDAVIT OF SERVICE**<br>**07 CIV. 2970 (LAK)** |

STATE OF NEW YORK      )
                                         ) ss.
County of New York        )

Evelyn Soto, being duly sworn, deposes and says:

1.      I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2.      On April 24, 2007, I served the Respondent herein with a copy of the signed Petition to Confirm Arbitration Award by delivering a true copy of said Motion papers in an envelope addressed to the Respondent at 223 E. 141st Street, Bronx New York 10451 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7834 7015 and regular mail.

_____
                                        Evelyn Soto

Sworn to, before me, this
21st day of May 2007

_____
SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires  9/18/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES HEALTH FUND, UNITE HERE!
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

LINENS OF EUROPE, INC.
LINENS OF EUROPE NEW YORK, INC.
AND S DURAN L, as a single employer,
Respondent.

**AFFIDAVIT OF SERVICE
07 CIV. 2970 (LAK)**

STATE OF NEW YORK )
) ss.
County of New York )

Evelyn Soto, being duly sworn, deposes and says:

1.     I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2.     On April 24, 2007, I served the Respondent herein with a copy of the signed Notice of Petition dated April 18, 2007 and the Memorandum of Law dated April 18, 2007 by delivering a true copy of said Motion papers in an envelope addressed to the Respondent at 223 E. 141st Street, Bronx New York 10451 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7834 7015 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
21st day of May 2007

_____

**SABRINA BROOKS**
**Notary Public, State of New York**
**No. 01BR6152502**
**Qualified in Queens County.**
**Commission Expires** 9/18/2010