UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LAUNDRY, DRY CLEANING WORKERS, AND ALLIED
INDUSTRIES HEALTH FUND, UNITE HERE!, et al.,

                Petitioners,

    -against-                                        07 Civ. 2970 (LAK)

LINENS OF EUROPE, INC., et al.,

                Respondents.

------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Petitioners' motion to confirm the arbitration award is granted. The Clerk shall close the case.

       SO ORDERED.

Dated:     May 22, 2007

                                                             _____
                                                              Lewis A. Kaplan
                                                        United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/07
```