UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAUNDRY, DRY CLEANING WORKERS, AND
ALLIED INDUSTRIES HEALTH FUND, UNITE
HERE!, et al.,

                Petitioners,

-against-

LINENS OF EUROPE, INC., et al.,
                Respondents.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/07

07 CIVIL 2970 (LAK)

**JUDGMENT**

      Petitioners having moved to confirm a arbitration award, and the matter having been brought before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on May 22, 2007, having issued its Order granting petitioners' motion to confirm the arbitration award, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 22, 2007, petitioners' motion to confirm the arbitration award is granted; accordingly, the case is closed.

**Dated:** New York, New York
        May 23, 2007

                                                **J. MICHAEL MCMAHON**
                                                   Clerk of Court
                          BY:
                                                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____