UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUG 2 1 2007

JUDGE KAPLAN'S CHAMBERS

In the Matter of
ARBITRATION OF DISPUTES

between

**SUPPLEMENTAL
JUDGMENT**

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!
Petitioners,

**07 CIV. 2970 (LAK)**

and

LINENS OF EUROPE, INC.,
LINENS OF EUROPE NEW YORK, INC.,
AND S DURAN L, as a single employer,
Respondents.

The Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Laundry, Dry Cleaning Workers And Allied Industries Retirement Fund, UNITE HERE! (hereinafter, the "Petitioners") having commenced the within action on April 13, 2007 by filing a Petition to Confirm the Arbitration Award of Philip Ross, dated February 27, 2007 (hereinafter, the "Petition"), and Linens of Europe, Inc., Linens of Europe New York, Inc. and S Duran L, as a single employer (hereinafter, the "Respondents") having been duly served on April 24, 2007 with a copy of the Petition and copies of papers in support of the Petition by certified mail, return receipt requested, and proofs of such service having been filed on May 21, 2007, and Respondent having failed to appear, answer or otherwise move with respect to the Petition; and it is now,

**ORDERED, ADJUDGED AND DECREED**, that Petitioners, The Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! have a Supplemental Judgment against Respondents Linens of Europe, Inc., Linens of Europe New York, Inc. and S Duran L, as a single employer, in the principal amount of $143,502.68 together with interest from the date of the award to the date hereof in the amount of $5,199.93, and costs in the amount of $350.00, for a total judgment of $149,052.61.

dated: 9/4/07
New York, New York

Lewis A. Kaplan
United States District Court Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/07

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____